# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EUGENE SAFFOLD, | 1:10-cv-01295-OWW-MJS (HC) |
| Petitioner, | ORDER APPOINTING OFFICE OF FEDERAL DEFENDER, DIRECTING COUNSEL TO FILE NOTICE OF APPEARANCE WITHIN FOURTEEN DAYS, AND DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |
| v. | |
| JAMES HARTLEY, Warden, | |
| Respondent. | |

Petitioner is a state prisoner, appealing the Court's denial of his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.

On July 18, 2011, the United States Court of Appeals for the Ninth Circuit granted Petitioner's request for a Certificate of Appealability with respect to the following issue: "whether the California Board of Parole Hearings' implementation of Marsy's Law to defer appellant's subsequent parole suitability hearing for three years violated the Ex Post Facto Clause." (Order, ECF No. 28.) The order directed this Court to appoint counsel and send notification of counsel to the Court of Appeals within fourteen (14) days of locating counsel. Pursuant to 18 U.S.C. § 3006A(a)(2)(B), the Court may appoint counsel at any stage of a habeas corpus proceedings if the interests of justice so require and Petitioner is financially eligible. Accordingly, the Court appoints the Office of the Federal Defender to represent Petitioner on appeal.

IT IS HEREBY ORDERED that:

1. The Office of the Federal Defender is appointed to represent Petitioner on

1  appeal;

2. The Clerk of Court is directed to serve a copy of this Order and the Ninth Circuit Court of Appeals' July 18, 2011 order (ECF No. 28.) on the Office of the Federal Defender;

3. Appointed counsel shall file a notice of appearance with this Court within fourteen (14) days from the date of service of this order and counsel shall contact the Clerk's Office to make arrangements for copies of any relevant documents; and

4. Within fourteen (14) days after counsel files a notice of appearance, the Clerk's Office shall email the Ninth Circuit at counselappointment@ca9.uscourts.gov with the name, address, and telephone number of appointed counsel.

IT IS SO ORDERED.

Dated:   July 19, 2011              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE