IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY EUGENE SAFFOLD,**<br><br>Petitioner,<br><br>v.<br><br>**JAMES HARTLEY, Warden,**<br><br>Respondent. | Case No. 1:10-cv-01295-LJO MJS<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND**<br><br>**ORDER DENYING MOTION TO CONSOLIDATE**<br><br>**(Docs. 40-41)** |

Petitioner has moved for a 30-day enlargement of time within which to file a response to the Court's order dismissing the petition without prejudice. GOOD CAUSE APPEARING, IT IS ORDERED that Petitioner's motion is granted. The response to the Court's September 27, 2016 order shall be filed on or before November 27, 2016.

Further, on September 29, 2016, Petitioner moved to consolidate this matter with two other pending habeas petitions filed by Petitioner challenging his subsequent parole denials. The three actions do not involve the same parties and claims, do not involve the same transaction, property, or event, and do not involve similar questions of law and fact. Accordingly, they are not appropriate for consolidation. See Local Rule 123(a). Further, the other proceedings are in different procedural postures, including pending

appeal before the Ninth Circuit Court of Appeals, making consolidation impractical. Petitioner's motion is denied.

IT IS SO ORDERED.

Dated:   October 24, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE