# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EUGENE SAFFOLD,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HARTLEY, et al.,<br><br>Defendants. | **CASE NO. 1:10-cv-01295-LJO-MJS (PC)**<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 49)**<br><br>**CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff originally filed this case as a petition for writ of habeas corpus on July 21, 2010. (ECF No. 1.) The petition was denied after Respondents answered. (ECF Nos. 20 & 21.) After Plaintiff appealed, the case was remanded for this Court to grant Plaintiff leave to plead his claims as a Section 1983 action. (ECF No. 36.) On November 17, 2016, Plaintiff filed his first amended civil rights complaint. (ECF No. 45.) On April 24, 2017, Plaintiff filed a motion seeking to voluntarily dismiss his case pursuant to Federal Rule of Appellate Procedure 42(a), stating that the relief he seeks is now moot as he has been granted parole. (ECF No. 49.)

The Court construes this filing as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2) ("[A]n action may be dismissed [without prejudice] at the plaintiff's request only by court order, on terms that the court considers proper.") The Court finds that the circumstances warrant dismissal without prejudice of this action.

Accordingly, Plaintiff's motion is GRANTED. this action is hereby DISMISSED without prejudice. The Clerk shall terminate all pending motions and CLOSE this case.

IT IS SO ORDERED.

Dated: **April 25, 2017**             **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE